UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV15-1416-CAS(KKx) | Date | October 20, 2015 |
|---|---|---|---|
| Title | *SAMIKA SKIPPER v. SCHNEIDER NATIONAL CARRIERS, INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - JOINT STIPULATION FOR VOLUNTARY DISMISSAL (Filed 10/16/15)[12]

The Court is in receipt of the above-referenced document filed on October 16, 2015. No proposed Order was submitted. The Court hereby grants the parties' Joint Stipulation for Voluntary Dismissal with prejudice. All dates are hereby vacated.

00 : 00

Initials of Preparer    CMJ